

## Case Assignment
## Standard Criminal Assignment

Case number **3:19CR-39-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/20/2019 3:07:34 PM
Transaction ID: 16645

[ Request New Judge ]   [ Return ]