FILED
VANESSA L. ARMSTRONG, CLERK
FEB 20 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            3:19-cr-39-DTH

DOMINIQUE TRIBBLE            DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Erin McKenzie hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____
Erin McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7061
FAX: (502) 582-5067
Email: erin.mckenzie@usdoj.gov