# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                **CRIMINAL ACTION NUMBER: 3:19-CR-39-DJH**

**DOMINIQUE TRIBBLE**                                                                        **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, and was called in open Court on March 6, 2019, to conduct an initial appearance.

<u>APPEARANCES</u>
For the United States:    Erin G. McKenzie, Assistant United States Attorney
For the defendant:        Defendant Dominique Tribble - Present and in custody
Court Reporter:           Digitally recorded

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charge contained therein and was advised of his rights.  The defendant advised the Court that he would retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on <u>**Thursday, March 7, 2019 at 2:00 p.m.**</u> before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 6th day of March, 2019        **ENTERED BY ORDER OF THE COURT:**
                                              **COLIN H. LINDSAY**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **VANESSA L. ARMSTRONG, CLERK**
                                              **BY:** *Kim Davis* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|05