AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
MAR 07 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

USA
_____
Plaintiff
v.
Dominique Tribble
_____
Defendant

Case No. 3:19CR-39-DJH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dominique Tribble

Date: _____

_____
Attorney's signature

Brian Butler
_____
Printed name and bar number

600 West Main St, Suite, 40202
_____
Address

brien.butler(19.)yahoo.com
_____
E-mail address

594-1862
_____
Telephone number

_____
FAX number