USDC KYWD - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:19CR-39-DJH** |
| **DOMINIQUE TRIBBLE** | **DEFENDANT** |

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on March 14, 2019 to conduct a detention hearing.

### APPEARANCES

For the United States: Erin G. McKenzie, Assistant United States Attorney

For the defendant:   Dominique Tribble - Present and in custody
                     Brian Butler, retained counsel

Court Reporter:    Digital Recording

Counsel for the defendant requested a continuance of the detention hearing. With consent of the defendant and by agreement of the United States,

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **March 29, 2019 at 11:00 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

This 15th day of March, 2019

> **ENTERED BY ORDER OF THE COURT:**
> **COLIN H. LINDSAY**
> **UNITED STATES MAGISTRATE JUDGE**
> **VANESSA L. ARMSTRONG, CLERK**
> **BY:** /s/ *Theresa L. Burch* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|05