Filed _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAR 29 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                    PLAINTIFF

VS.                         NO. 3:19CR-39-DJH

Domingu Trible                              DEFENDANT

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____    **I HEREBY WAIVE** my right to a detention hearing.

_____    **I HEREBY WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

___✓___   **I HEREBY WAIVE** my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date.

_____     _____
DEFENDANT                           Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk