USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**        **PLAINTIFF**

**VS.**        **CRIMINAL ACTION NUMBER: 3:19CR-39-DJH**

**DOMINIQUE TRIBBLE**        **DEFENDANT**

## ORDER ON DETENTION HEARING

      The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on March 29, 2019 to conduct a detention hearing. Assistant United States Attorney Ann Marie Blaylock, on behalf of Erin G. McKenize, appeared on behalf of the United States. The defendant Dominique Tribble appeared in custody with Brian Butler, retained counsel.  The proceeding was recorded by Dena Legg, Official Court Reporter.

      The defendant, through counsel, elected to waive his right to a detention hearing at this time in open Court and executed the appropriate form to that effect. Accordingly,

      **IT IS HEREBY ORDERED** that the defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

      This 3rd day of April 2019

                                        **ENTERED BY ORDER OF THE COURT:**
                                        **COLIN H. LINDSAY**
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **VANESSA L. ARMSTRONG, CLERK**
                                        **BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|05