UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                     Plaintiff,

v.                                                                Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,                                                            Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on April 9, 2019, with the following counsel participating:

    For the United States:    Erin McKenzie

    For Defendant:    Brian Butler

The Court and counsel discussed the procedural posture of the case. The parties anticipated filing a joint motion to continue the trial. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that any joint motion to continue shall be filed on or before **April 12, 2019**.

April 9, 2019

                                                  **David J. Hale, Judge**
                                                **United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg