UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:19-CR-039-DJH

DOMINIQUE TRIBBLE     DEFENDANT

### JOINT MOTION TO CONTINUE TRIAL
*(Filed Electronically)*

Comes now the United States of America, by counsel, Assistant United States Attorney Erin McKenzie, and Defendant, Dominique Tribble, by counsel of record, to continue the trial in the above-styled action, currently scheduled for May 13, 2019, in order to allow the parties additional time negotiate a settlement of this case. The parties have been engaged in plea negotiations to this point and believe there is a reasonable probability that the case can be resolved without a trial. Counsel for the United States has conferred with Counsel for Mr. Tribble, and the parties jointly request to continue the trial date for an additional 60 days.

Furthermore, as part of this motion to continue the trial, the parties request that the Court extend all filing deadlines to a date certain, fourteen days in advance of the new trial date.

All parties agree that the interests of justice outweigh any potential prejudice the delay may cause, and therefore agree that the period of the delay should be excluded from any computation for Speedy Trial purposes.

Wherefore, the parties request that the trial currently scheduled for May 13, 2019 be continued for at least 60 days.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/ Erin McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7061

CERTIFICATE OF SERVICE

    I certify that on April 15, 2019, the foregoing Joint Motion to Continue was filed electronically with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

    s/ Erin McKenzie
Assistant United States Attorney
Western District of Kentucky

2