UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                    Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,                                                    Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on April 17, 2019, with the following counsel participating:

For the United States:        Erin McKenzie

For Defendant:                Brian Butler

The Court and counsel discussed the procedural posture of the case.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The joint motion to continue (Docket No. 18) is **GRANTED**.  The trial of this matter, currently set for May 13, 2019, is **REMANDED** from the Court's docket.

(2)     This matter is set for a status conference on **May 20, 2019, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from April 17, 2019 to May 20, 2019 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by granting the motion for continuance outweigh the best interests of the public and the defendant in a speedy trial because

1

failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator