UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,     Defendant.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on June 20, 2019, with the following counsel participating:

    For the United States:     Erin McKenzie

    For Defendant:     Brian Butler

The Court and counsel discussed the procedural posture of the case. Counsel reported that the parties are nearing completion of a plea agreement. The Court and counsel agreed that if no motion to continue or motion to set the matter for a change of plea is filed by July 1, the Court will set a further status conference.

June 20, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1