UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                                                              CRIMINAL ACTION NO. 3:17-CR-039-DJH

DOMINIQUE TRIBBLE                                                                               DEFENDANT

ORDER

This matter is before the Court on the joint motion by the United States to reschedule trial of this action, currently scheduled for July 29, 2019. Having considered the motion and being sufficiently advised,

**IT IS HEREBY ORDERED**, that the motion is **GRANTED** and the trial is continued to _____ day of _____, 2019 at _____.

**IT IS FURTHER ORDERED AND ADJUDGED** that in the interest of justice, and pursuant to 18 USC §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the period of delay is excluded from the time allowed for a speedy trial.