```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                              AT LOUISVILLE
```

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:19-CR-39-DJH

DOMINQUE TRIBBLE                                              DEFENDANT

<u>MOTION FOR A DETENTION HEARING</u>
<u>& CORRESPONDING RELEASE FROM CUSTODY</u>
*ELECTRONICALLY FILED*

Comes Dominque Tribble, by counsel, Brian Butler, and moves this Honorable Court to schedule a detention hearing and release from Mr. Tribble from custody pursuant to standard conditions. In support of said motion, the undersigned states as follows:

On or about March 7, 2019, Mr. Tribble waived his detention hearing but reserved his right to request a detention hearing at a later time should his circumstances change. Mr. Tribble has been in federal custody since his initial appearance. Mr. Tribble's case is currently scheduled for trial on July 29, 2019.

Assistant United States Attorney Erin McKenzie advised the undersigned that she would be filing a motion to continue the trial date. The undersigned advised Ms. McKenzie that she had our permission to file the continuance motion as a joint motion to continue for the reasons stated in her motion. However, she also advised the United States that we would be electing Mr. Tribble's right to his detention hearing. At said detention hearing, Mr. Tribble will respectfully request to be released

from custody upon standard conditions.

WHEREFORE, Dominque Tribble asks the Court to schedule a detention hearing as soon as practicable and following said hearing to release Mr. Tribble from custody pursuant to standard conditions.

                                           Respectfully submitted,

                                           /s/ Brian Butler

                                         BRIAN BUTLER
                                         Dathorne & Butler, LLC
                                         600 West Main St., Suite 500
                                         Louisville, Kentucky 40202
                                         (502) 594-1802

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed on July 1, 2019 with service to the Hon. Erin McKenzie, via ECF.

                                           /s/ Brian Butler

                                         BRIAN BUTLER