UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:19-CR-39-DJH

DOMINQUE TRIBBLE                                            DEFENDANT

*****

## **ORDER**

Defendant Dominque Tribble, by counsel, having moved to schedule a detention hearing and to be released from custody following said detention hearing, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion to schedule a detention hearing is GRANTED.

IT IS FURTHER ORDERED that detention hearing is scheduled for _____, 2019 at _____.