UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,  Plaintiff,

v.  Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,  Defendant.

\* \* \* \* \*

### ORDER

The parties having jointly moved to continue the trial of this matter, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion to continue (Docket No. 25) is **GRANTED**. The trial of this matter, currently set for July 29, 2019, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial deadlines are **VACATED**.

July 2, 2019

**David J. Hale, Judge**
**United States District Court**

cc: Jury Administrator

1