## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:19CR-39-DJH |
| DOMINIQUE TRIBBLE | DEFENDANT |

### ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on July 18, 2019 for a detention hearing. Assistant United States Attorney Erin G. McKenzie was present on behalf of the United States. The defendant was present, in custody, with Brian Butler retained counsel. The proceeding was digitally recorded.

The defendant was detained by order of this Court following a waiver of a detention hearing on March 29, 2019 (DN 14). Subsequently, the defendant filed a motion for a detention hearing and release from custody on July 1, 2019 (DN 26).

By agreement of counsel, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant's motion for release is **GRANTED.** The defendant is released on a $25,000 unsecured bond with an order setting conditions of release. The defendant shall remain in custody pending a home visit by the United States Probation Office.

July 22, 2019

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of Record
United States Probation

0|15