UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                         Plaintiff,

v.                                              Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,                                                Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE**

A telephonic status conference was held in this matter on September 26, 2019, with the following counsel participating:

    For the United States:    Erin McKenzie

    For Defendant:    Brian Butler

The Court and counsel discussed the procedural posture of the case. The parties reported that the case is likely to resolve short of trial. The trial date and all pretrial deadlines will remain in place pending notification by the parties that the matter should be set for a change of plea.

September 26, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1