UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:19CR-39-DJH<br>*Electronically Filed* |
| DOMINIQUE TRIBBLE | DEFENDANT |

### NOTICE OF FILING

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby files the attached Process Receipt and Returns in the above case.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (fax)
Amy.Sullivan@usdoj.gov