

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:19CR-39-DJH |
|---|---|
| DEFENDANT<br>Dominique Tribble | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE: Taurus, Model Millenium PT 140 PRO, .40 caliber, SN: SDR43144
- ADDRESS (Street or RFD, Apartment No., City, State and Zip Code): ATF

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
AUSA Amy M. Sullivan
U.S. Attorney's Office
717 W. Broadway
Louisville, KY 40202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE:
CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 775040-18-0121 | CATS No. 19-ATF-018390

Please seize the property pursuant to Order and notify the USAO.

Signature of Attorney or other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT
Amy M. Sullivan (Digitally signed by Amy M. Sullivan Date: 2020.02.10 13:37:03 -05'00')
TELEPHONE NO. 502-582-5911
DATE 02/10/2020

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number Of process indicated.
District of Origin No.:
District to Serve No.:
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE: 02/10/2020

☐ I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE:
TIME OF SERVICE: ☐ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS:

TD F 90-22.48 (6/96)



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:19CR-39-DJH |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Dominique Tribble | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Ruger, Model GP100, .357 caliber revolver, SN: 171-46901 and 5 rounds of Winchester-Western Ammunition

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
ATF

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
|---|---|---|
| AUSA Amy M. Sullivan<br>U.S. Attorney's Office<br>717 W. Broadway<br>Louisville, KY 40202 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 775040-18-0121 | CATS No. 19-ATF-018392 and 19-ATF-018395

Please seize the property pursuant to Order and notify the USAO.

| Signature of Attorney or other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NO. | DATE |
|---|---|---|
| Amy M. Sullivan (Digitally signed by Amy M. Sullivan Date: 2020.02.10 13:42:03 -05'00') | 502-582-5911 | 02/10/2020 |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE 02/10/2020 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE ☐ AM ☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | |

REMARKS:

TD F 90-22.48   (6/96)