UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

v.									CRIMINAL ACTION NO. 3:19-CR-039-DJH

DOMINIQUE TRIBBLE												DEFENDANT

## JOINT MOTION TO CONTINUE SENTENCING
*(Filed Electronically)*

Comes now the United States of America, by counsel, Assistant United States Attorney Erin McKenzie, and Defendant, Dominique Tribble, by counsel of record, to continue the sentencing date in the above-styled action, currently scheduled for March 5, 2020, at 11:00 a.m. As grounds for the motion, the parties are continuing to resolve issues bearing directly upon sentencing and which will provide the Court with information relevant to the determination of a just sentence in this matter. Counsel for the United States has spoken with Counsel for Mr. Tribble, who has agreed to join in the Motion to Continue. Wherefore, the parties request the Court enter the attached Order granting the Motion to Continue the sentencing in this matter.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/ Erin McKenzie_____
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7061

1

CERTIFICATE OF SERVICE

      I certify that on February 28, 2020, the foregoing Joint Motion to Continue was filed electronically with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                              s/ Erin McKenzie
                                              Assistant United States Attorney
                                              Western District of Kentucky