UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


UNITED STATES OF AMERICA                                                    PLAINTIFF


v.                                              CRIMINAL ACTION NO. 3:19-CR-039-DJH


DOMINIQUE TRIBBLE                                                            DEFENDANT


ORDER

This matter is before the Court on the joint motion of the United States and the Defendant

to reschedule sentencing of this action, currently scheduled for March 5, 2020, at 11:00 a.m.

Having considered the motion and being sufficiently advised,

IT IS HEREBY ORDERED, that the motion is granted and the sentencing is continued to

_____ day of _____, 2020 at _____.

Dated: _____