# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**VS.**                                                    **CRIMINAL ACTION NUMBER: 3:19-CR-0039-DJH**

**DOMINIQUE TRIBBLE**                                                                    **DEFENDANT**

## ORDER ON BOND REVOCATION PETITION

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge, and was called in open Court on March 10, 2020, to conduct an initial appearance on a petition for violation of bond.

<u>APPEARANCES</u>
For the United States:     Erin G. McKenzie, Assistant United States Attorney
For the defendant:         Defendant Dominique Tribble - Present and in custody
Court Reporter:            Digitally recorded

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of his rights.

The United States having moved for revocation of the defendant's bond,

**IT IS HEREBY ORDERED** that this case is scheduled for a bond revocation hearing on **March 11, 2020 at 3:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the United States Marshal pending further order of the Court.

Date: March 11, 2020

                                    **ENTERED BY ORDER OF THE COURT:**
                                    **DAVE WHALIN**
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **VANESSA L. ARMSTRONG, CLERK**
                                    **BY:** */s/ Kim Davis* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|05