```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF KENTUCKY
                      AT LOUISVILLE
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:19-CR-39-DJH

DOMINQUE TRIBBLE                                            DEFENDANT

### MOTION TO CONTINUE REVOCATION HEARING
*ELECTRONICALLY FILED*

Comes Dominque Tribble, by counsel, Brian Butler, and moves this Honorable Court to remand and/or continue the bond revocation hearing. In support of said motion, the undersigned states as follows:

Mr. Tribble is scheduled to be sentencing on Monday, March 16, 2020. The Honorable David Hale has advised that sentencing will go forward on March 16th absent extraordinary circumstances. There are no extraordinary circumstances that the undersigned anticipates would warrant a continuance.

It is further anticipated that Mr. Tribble will be sentenced to some period of incarceration at said sentencing. As such, we respectfully request that the revocation hearing be remanded and/or continued to a date past the March 16th sentencing hearing.

WHEREFORE, Dominque Tribble asks the Court to remand the revocation hearing and/or continue it until after his sentencing when this issue will be moot.

Respectfully submitted,

/s/ Brian Butler

BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main St., Suite 500
Louisville, Kentucky 40202
(502) 594-1802

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed on March 11, 2020 with service to the Hon. Erin McKenzie, via ECF.

/s/ Brian Butler

BRIAN BUTLER