UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:19-CR-39-DJH

DOMINQUE TRIBBLE                                                DEFENDANT

\*\*\*\*\*

## **ORDER**

Defendant Dominque Tribble, by counsel, having moved to remand or continue the revocation hearing and/, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the revocation hearing scheduled for March 11, 2020 is remanded from the docket.