UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                                                     CRIMINAL ACTION NO. 3:19-CR-39-DJH

DOMINIQUE TRIBBLE                                              DEFENDANT

<u>DOMINQUE TRIBBLE'S SENTENCING MEMORANDUM</u>
*ELECTRONICALLY FILED*

      Dominique Tribble, by counsel, Brian Butler, hereby submits the following sentencing memorandum:

      Dominique Tribble entered a plea to the charge in the Indictment (felon in possession of a firearm). There are no pending objections to the guideline calculation.

      The United States has advised the undersigned that they intend to recommend the low end of the applicable guideline range. Mr. Tribble anticipates agreeing with the United States' recommendation.

      Mr. Tribble will be requesting that the Court order that he receive credit toward the service of his sentence from the date of his state arrest which is directly related to the federal indictment. Mr. Tribble was arrested on August 28, 2018 on related state charges and remained in state custody until this case was adopted by the United States. Mr. Tribble was federally arrested on March 6, 2019. *See PSI Release Status, pg 1*. As such, we would respectfully request that Mr. Tribble receive custody credit from August 28, 2018 to March 6, 2019 while he was in state custody in connection with this federal offense pursuant to 18 U.S.C. § 3585.

Finally, Mr. Tribble will be requesting that the Court recommend him for the RDAP program based upon his disclosures in the PSI.

WHEREFORE, Mr. Tribble respectfully requests that the Court follow the anticipated sentencing recommendation of the United States.

                                        Respectfully submitted,

                                        /S/ Brian Butler

                                        Brian Butler
                                        Dathorne & Butler, LLC
                                        600 West Main Street, Suite 500
                                        Louisville, Kentucky 40202
                                        (502) 594-1802

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing sentencing memorandum was electronically filed on the 21st day of February 2020, with service to the Honorable Erin McKenzie, Assistant United States Attorney, 717 West Broadway, Louisville, Kentucky 40202.

                                        /S/ Brian Butler

                                        Brian Butler
                                        Attorney at Law