UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:19-CR-00039-DJH

DOMINIQUE TRIBBLE                                           DEFENDANT

*– Filed electronically –*
**UNITED STATES' SENTENCING MEMORANDUM**

Comes the United States of America, by counsel, Erin G. McKenzie, Assistant United States Attorney for the Western District of Kentucky, and files its memorandum in support of sentencing in this action currently scheduled for March 16, 2020.

**Statutory Sentencing Provisions**

A conviction under Title 18, United States Code, Sections 922(g)(1) carries no minimum term of imprisonment and a maximum term of imprisonment of 10 years, a potential maximum fine of $250,000, and a period of supervised release of up to 3 years.

**Guideline Calculations**

The United States agrees with the guideline calculation prepared by the United States Probation Office.

**Criminal History**

The United States concurs with the criminal history calculation prepared by the United States Probation Office of a Criminal History Category V.

## **Appropriate Sentence**

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). Title 18, United States Code, section 3553(a) guides the Court regarding factors to consider when imposing a sentence. That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed–

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines–
    . . .

(5) any pertinent policy statement--
    . . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

The United States submits that a sentence at the low end of the applicable guideline range, is sufficient but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a).

The United States has recently received a claim for restitution from the Commonwealth of Kentucky Crime Victims' Compensation Fund in the amount of $4,364.40 and will seek an order of restitution for this amount.

### Conclusion

The United States respectfully requests the Court to sentence defendant a sentence at the lowest end of the applicable guideline range to be followed by three years on supervised release.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*s/ Erin G. McKenzie*
Erin G. McKenzie
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911
FAX: (502) 582-5067

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

/s/Erin Grace McKenzie
Assistant U.S. Attorney