UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:19-cr-39-DJH |
| DOMINIQUE TRIBBLE, | Defendant. |

\* \* \* \* \*

### NOTICE AND ORDER

The Court has completed its review of the revised presentence investigation report (Docket No. 54) and the parties' sentencing memoranda (D.N. 57; D.N. 59) and has determined that it will consider an upward departure based on circumstances unique to this case as reported in the PSR. (*See, e.g.*, D.N. 54, PageID # 165 ¶¶ 12, 14) Specifically, the Court will consider a departure pursuant to U.S.S.G. § 5K2.0(a)(3) on the ground that U.S.S.G. § 2A2.2(b)(3)(B) does not contemplate multiple victims. *See United States v. Pittman*, 55 F.3d 1136, 1139 (6th Cir. 1995) (noting the Sentencing Commission's demonstrated "awareness that victimization of multiple persons during the same criminal activity is not reflected in all offense levels and that this factor is an appropriate basis for departure"). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Pursuant to Federal Rule of Criminal Procedure 32(h), the Court **NOTIFIES** the parties that it may depart from the applicable sentencing range.

(2) The sentencing hearing set for March 16, 2020, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(3) No later than the **close of business March 27, 2020**, the parties shall supplement their respective sentencing memoranda to address the issue raised above. The sentencing hearing will be reset following receipt of the parties' supplemental memoranda.