UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                           CRIMINAL ACTION NO. 3:19-CR-039-DJH

DOMINIQUE TRIBBLE                                                     DEFENDANT

## ORDER

This matter is before the Court on the motion by the United States for leave to file a sealed document. Having considered the motion and being sufficiently advised,

**IT IS HEREBY ORDERED**, that the motion is **GRANTED**.