UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                      CRIMINAL ACTION NO.  3:19-CR-39-DJH

DOMINQUE TRIBBLE                                                  DEFENDANT

*****

## ORDER

Motion having been made to file the supplemental sentencing memorandum under seal, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to File a Supplemental Sentencing Memorandum under seal is GRANTED.