**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**V.**     **CRIMINAL NO. 3:19CR-39-DJH**
*Electronically Filed*

**DOMINIQUE TRIBBLE**     **DEFENDANT**

## MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 13th, 2020, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney