UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL ACTION NO. 3:19-CR-39-DJH

DOMINQUE TRIBBLE                                                            DEFENDANT

## SECOND SUPPLEMENTAL SENTENCING MEMORANDUM
*ELECTRONICALLY FILED*

Comes the Defendant, by counsel Brian Butler, and provides Mr. Tribble's personal statement as an additional component of his sentencing memorandum.

Respectfully submitted,

/s/ Brian Butler

BRIAN BUTLER
Attorney at Law
600 West Main St., Suite 500
Louisville, Kentucky 40202
(502) 594-1802

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was electronically filed using the Court's electronic filing system on June 16, 2020 with service to the Hon. Erin McKenzie, U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202.

/s/ Brian Butler

BRIAN BUTLER