Good morning, first I just want to say to my that I'm sorry to meet under these circumstances, recently, while on home incarceration I was given the opportunity to work. I had a nice job at a warehouse, my life felt normal being able to get up to go to work and provide for my kids.

I have 5 beautiful kids and most importantly 2 boys that I know I need to be there for. I didn't have a father figure growing up, but as I get older I realize I need to be a better man and am learning   to be a better person for myself and my kids as well.

I've always tried to do what's right and I'm learning to be responsible and take full accountability of my life. I've made mistakes that I'm not proud of and I do realize the time has come for my sentencing. I am currently using this time to make myself a better person and will come home just that.

I have been reading self help books and meditating, finding the best ways to stay positive and motivate myself to become a better man.   I have no Ill will towards anyone, I understand that I need to change and will if given a second chance at life. Thank you for allowing me to speak your honor, I will use my time left to continue to strive to be a role model and change my life around for the better. Thank you