UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,	Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a sentencing hearing on June 22, 2020, with the following counsel participating:

    For the United States:    Erin McKenzie

    For Defendant:    Brian Butler

The defendant was present. The Court and counsel discussed the issues raised in the parties' supplemental sentencing memoranda. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The sentencing hearing is **CONTINUED** to **July 16, 2020, at 3:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)    No later than the **close of business July 9, 2020**, the parties shall submit supplemental briefs that address the following issues:

    (a)    whether the facts as reported in the presentence investigation report establish that the defendant was acting in self-defense when he discharged the firearm, and if so,

    (b)  whether Kentucky law on self-defense negates application of the enhancements found in U.S.S.G. § 2A2.2(b)(2) and (3).

  (3)  The United States shall further inform the Court whether it has fulfilled its obligation to notify victims and whether the Mandatory Victims Restitution Act applies in this case.

Court Time: 00/20
Court Reporter: Dena Legg