UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION



FILED
VANESSA L. ARMSTRONG
JUL 16 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,                                               Plaintiff

v.                                                         Criminal Action No. 3:19-cr-39-DJH

DOMINIQUE TRIBBLE,                                                      Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

July 16, 2020
Date

_____
Defendant's Signature