UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                        CRIMINAL ACTION NO. 3:19-CR-00039-DJH

DOMINIQUE TRIBBLE                                          DEFENDANT

MOTION FOR LEAVE TO FILE LATE RESPONSE TO DN 81
*Electronically Filed*

The United States, by counsel, Erin G. McKenzie, Assistant United States Attorney, moves the Court for leave to file a late response to the Court's Order directing the United States to clarify its position on restitution in this matter (DN 81).

Wherefore, the United States asks that the Court enter the order tendered herewith.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


*s/ Erin G. McKenzie*
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
Erin.McKenzie@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to all counsel of record.

*s/ Erin G. McKenzie*
Erin G. McKenzie
Assistant U.S. Attorney