## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:19-CR-00039-DJH

DOMINIQUE TRIBBLE                                                                                           DEFENDANT

### ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' motion for leave to file a late response to the Court's Order of July 16, 2020, (DN 81), be and hereby is **GRANTED.**

cc:   U.S. Attorney
      Counsel for Defense