UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:19-CR-00039-DJH

DOMINIQUE TRIBBLE                                                    DEFENDANT

UNITED STATES' RESPONSE TO COURT'S JULY 16, 2020 TEXT ORDER [DN 81]
*Electronically Filed*

The United States, by counsel, Erin G. McKenzie, Assistant United States Attorney, and states that after researching the restitution issues discussed on the record during the July 16, 2020 sentencing hearing, the United States is unable to provide the court with legal authority to support an order of restitution in this case for the offense of conviction, a violation of 18 U.S.C. § 922(g)(1) or the offense conduct as determined in the sentencing hearing. Accordingly, the United States is not moving at this time for an order of restitution.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


*s/ Erin G. McKenzie*
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
Erin.McKenzie@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to all counsel of record.

                                *s/ Erin G. McKenzie*
                                Erin G. McKenzie
                                Assistant U.S. Attorney