# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NUMBER: 3:19-CR-39-DJH**

**DOMINIQUE TRIBBLE**                                                     **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on December 1, 2021 to conduct an initial appearance on a petition for violation of supervised release.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Erin G. McKenzie, Assistant United States Attorney |
| For the defendant: | Defendant Dominique Tribble – Present and in custody<br>Brian Butler, retained - Present |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of his rights.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that a combined preliminary revocation and detention hearing is scheduled for **December 7, 2021 at 11:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. The defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

This 1st day of December, 2021      **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|10