# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:19-CR-39-DJH**

**DOMINIQUE TRIBBLE**                                                                  **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge December 7, 2021 to conduct a combined preliminary revocation and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Erin G. McKenzie, Assistant United States Attorney |
| For the defendant: | Defendant Dominique Tribble – Present and in custody<br>Brian Butler, retained - Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a preliminary revocation hearing on the record,

**IT IS HEREBY ORDERED** that this case is scheduled for a final revocation hearing on **December 16, 2021 at 3:00 p.m.** before the Honorable David J. Hale, United States District Judge.

As to the matter of detention, the defendant, through counsel, waived his right to a detention hearing at this time, however, reserved the right to request one at a later date.

**IT IS FURTHER ORDERED** that the defendant shall remain in custody pending further order of the Court.

This 7th day of December, 2021    **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|05