FILED
JAMES J. VILT, JR. - CLERK
MAY 11 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dear United States Clerk of Courts
My name is Dominique Tribble 19646-033. Can you send me a copy of my Federal Docket Sheet, Federal Plea Agreement and Statement of Reasons please and Thank You

Indictment # 19:CR-39-DJH

Sincerely
Dominique Tribble 19646-033
United States Penitentiary Lee
P.O Box 305
Jonesville, VA 24263

Dominique Tribble 19646-033
USP Lee
P.O Box 305
Jonesville, VA 24263



KNOXVILLE TN 377
5 MAY 2022 PM 3 L

United States Gene Snyder Federal Court
601 West Broadway Suite 450
Louisville, KY 40202

40202-222700